PER CURIAM.
Certiorari denied on authority of Duran v. McPherson (4th DCA), 233 So.2d 639, opinion filed March 6, 1970; Beta Eta House Corporation, Inc. v. Gregory, Fla.App.1970, 230 So.2d 495. See also Employers Fire Insurance Company et al. v. Blanchard, etc. et al., (2d DCA), 234 So.2d 381, opinion filed April 17, 1970; Shipman (Employers Fire Insurance Company) v. Kinderman, (1st DCA), 232 So.2d 21, opinion filed February 24, 1970; Hannon v. Entell, (4th DCA), 233 So.2d 640, and Holy Cross Hospital, Inc. v. Entell, (4th DCA), 233 So.2d 640, opinion filed April 8, 1970.
HOBSON, C. J., and PIERCE and Mc-NULTY, JT., concur.